FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORDAN L. YATES,<br><br>　　　　　Defendant. | No. 2:19-CR-00215-TOR-9<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE WITH LEAVE TO RENEW<br><br>**MOTION DENIED**<br>　**(ECF No. 75)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 75**.

Specifically, Defendant requests temporary release to inpatient treatment.

**IT IS ORDERED** Defendant's Motion, **ECF No. 75**, is **DENIED WITH LEAVE TO RENEW**. The pretrial services report, **ECF No. 44**, indicates an outstanding bench warrant in Spokane County District Court. The Court **FINDS** release is not appropriate at this time.

**IT IS SO ORDERED.**

DATED January 10, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1