FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN L. YATES,<br><br>Defendant. | No. 2:19-CR-00215-TOR-9<br><br>ORDER STRIKING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE WITH LEAVE TO RENEW<br><br>**MOTION WITHDRAWN**<br>**(ECF No. 81)** |

Before the Court is Defendant's Second Motion to Modify Conditions of Release, **ECF No. 81**.

Specifically, Defendant requests temporary release to inpatient treatment; however, will pursue this option through the Spokane County Superior Court Drug Court. Defendant requests his motion for release be withdrawn.

Accordingly, **IT IS ORDERED** Defendant's Motion, **ECF No. 81**, is **STRICKEN WITH LEAVE TO RENEW** should circumstances change.

**IT IS SO ORDERED.**

DATED January 14, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1