PROB 12C
(6/16)

Report Date:  August 12, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jordan L. Yates                Case Number: 0980 2:19CR00215-TOR-9

Address of Offender: 808 E. Heroy, Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 26, 2020

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 99 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: March 26, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 25, 2025 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #9:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Yates was in direct violation of special condition number 9 by failing to report for urinalysis testing on July 27, 2020.

On April 8, 2020, Mr. Yates was given a copy of his judgment and his conditions of supervision were explained to him.  Mr. Yates signed the judgment and indicated he understood all of his conditions.

Due to Mr. Yates' illegal drug use, he was directed to supply random urine samples. He was directed to call the testing hotline at Pioneer Human Services (PHS) each day and to listen for the color GOLD 3. When GOLD 3 was called, he was directed to report to PHS and supply a urine sample before 5 p.m.

On July 27, 2020, the color GOLD 3 was called and Mr. Yates failed to report for his urinalysis test.

Prob12C
**Re: Yates, Jordan L**
**August 12, 2020**
**Page 2**

2        **Special Condition #9:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Yates was in direct violation of special condition number 9 by testing positive for morphine and cocaine on July 31, 2020.

On April 8, 2020, Mr. Yates was given a copy of his judgment and his conditions of supervision were explained to him.  Mr. Yates signed the judgment and indicated he understood all of his conditions.

Mr. Yates was directed to report to PHS and supply a urine sample on July 31, 2020, due to missing his urinalysis test on July 27, 2020.  Mr. Yates supplied a urine sample that tested presumptive positive for both morphine and cocaine. He reported he had relapsed on heroin and there must have been some cocaine in the heroin he had used.

On August 7, 2020, Alere Toxicology laboratories confirmed that Mr. Yates' July 31, 2020, urine sample was positive for morphine (heroin). On August 10, 2020, Alere Toxicology laboratories confirmed Mr. Yates' July 31, 2020, urine sample also tested positive for cocaine.

3        **Special Condition #9:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Yates was in direct violation of special condition number 9 by failing to report for urinalysis testing on August 7, 2020.

On April 8, 2020, Mr. Yates was given a copy of his judgment and his conditions of supervision were explained to him.  Mr. Yates signed the judgment and indicated he understood all of his conditions.

Due to Mr. Yates' illegal drug use, he was directed to supply random urine samples. He was directed to call the testing hotline at PHS each day and to listen for the color GOLD 3. When GOLD 3 was called, he was directed to report to PHS and supply a urine sample before 5 p.m.

On August 7, 2020, the color GOLD 3 was called and Mr. Yates failed to report for his urinalysis test.

4        **Special Condition #9:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Yates was in direct violation of special condition number 9 by testing positive for morphine  August 10, 2020.

**Prob12C**
**Re: Yates, Jordan L**
**August 12, 2020**
**Page 3**

On April 8, 2020, Mr. Yates was given a copy of his judgment and his conditions of supervision were explained to him.  Mr. Yates signed the judgment and indicated he understood all of his conditions.

Mr. Yates was directed to report to PHS and supply a urine sample on August 10, 2020, due to missing his urinalysis on August 7, 2020. Mr. Yates supplied a urine sample that tested presumptive positive for morphine. On August 10, 2020, he signed a drug use admission form disclosing he used morphine on August 9, 2020.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/12/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

August 12, 2020

Date