PROB 12C
(6/16)

Report Date: February 2, 2021

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Jordan L. Yates | Case Number: 0980 2:19CR00215-TOR-9 |
| Address of Offender: ███████████, Washington 99207 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: March 26, 2020 | |
| Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: Prison - 99 days<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Ann Wick | Date Supervision Commenced: March 26, 2020 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: March 25, 2025 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 01/29/2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Yates is in violation of special condition number 9 by using heroin on January 31, 2021.<br><br>On April 8, 2020, Mr. Yates was given a copy of his judgment and his conditions of supervision were explained to him. He signed the judgment and indicated he understood all of his conditions.<br><br>On February 1, 2021, the undersigned officer called Mr. Yates to confirm he had attended his chemical dependency group. He reported "sleeping in," and that he did not attend his group at 1:30 p.m. The undersigned asked if he would pass a urinalysis if he were to test that day. Mr. Yates reported he would not pass the test because he had used heroin on January 31, 2021. |

Prob12C
Re: Yates, Jordan L
February 2, 2021
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/02/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge
February 2, 2021
Date