PROB 12C
(6/16)

Report Date: February 18, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jordan L. Yates | Case Number: 0980 2:19CR00215-TOR-9 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: | The Honorable Thomas O. Rice, U.S. District Judge |
| Date of Original Sentence: March 26, 2020 | |
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 |
| Original Sentence: Prison - 99 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Ann Wick | Date Supervision Commenced: March 26, 2020 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: March 25, 2025 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/29/2021 and 02/02/2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Yates is in violation of special condition number 9 by using heroin on February 8, 2021. |
| | On April 8, 2020, Mr. Yates was given a copy of his judgment and his conditions of supervision were explained to him. He signed the judgment and indicated he understood all of his conditions. |
| | On February 10, 2021, the undersigned officer called Mr. Yates to discuss his upcoming inpatient bed date. Mr. Yates was asked if he had used heroin recently. Mr. Yates was very honest and said he last used on or about February 8, 2021. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

Prob12C
**Re: Yates, Jordan L**
**February 18, 2021**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/18/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Thomas O. Rice* (signature)
Thomas O. Rice
United States District Judge

February 18, 2021
Date