PROB 12C
(6/16)

Report Date: January 29, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jordan L Yates | Case Number: 0980 2:19CR00215-TOR-9 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 26, 2020

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 99 days<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: March 26, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 25, 2025 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Yates is in violation of special condition number 9 by using heroin.<br><br>On April 8, 2020, Mr. Yates was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Yates signed the judgment and indicated he understood all of his conditions.<br><br>On January 22, 2021, Mr. Yates was directed to report for urinalysis testing. He failed to report as directed. On January 26, 2021, he was again directed to supply a urine sample for testing.  He reported as directed and supplied a sample that tested presumptive positive for morphine.<br><br>On January 27, 2021, Mr. Yates disclosed he used heroin on January 23, 2021. He signed a drug use admission form reflecting the illegal drug use. |

Prob12C
**Re: Yates, Jordan L**
**January 29, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/29/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

January 29, 2021

Date